# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Criminal Number 22-

            v.           :

SEAN CADDLE           :     **WAIVER OF INDICTMENT**

                  :

      I, SEAN CADDLE, the above-named defendant, who is charged with conspiring to travel in interstate commerce and using facilities of interstate commerce with the intent to commit murder-for-hire, contrary to N.J.S.A. 2C:11-3, in violation of Title 18, United States Code, Section 1958, being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on January 25, 2022, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
SEAN CADDLE

_____
EDWIN JACOBS, ESQ.
Counsel for the Defendant

Before: _____
HONORABLE JOHN M. VAZQUEZ
United States District Judge