# JACOBS & BARBONE, P.A.

| | A PROFESSIONAL CORPORATION | |
|---|---|---|
| EDWIN J. JACOBS, JR.<br>ejacobs@jacobsbarbone.law | ATTORNEYS AT LAW | JOEL S. JUFFE<br>jjuffe@jacobsbarbone.law |
| LOUIS M. BARBONE<br>lbarbone@jacobsbarbone.law | 1125 PACIFIC AVENUE<br>ATLANTIC CITY, NEW JERSEY 08401<br>PHONE: (609) 348-1125<br>FAX: (609) 348-3774<br>WEBSITE: WWW.JACOBSBARBONE.LAW | DAVID CASTALDI<br>dcastaldi@jacobsbarbone.law<br>MICHAEL A. ORTIZ<br>mortiz@jacobsbarbone.law<br>JORDAN L. BARBONE<br>jbarbone@jacobsbarbone.law |

March 9, 2023

<u>Via eCourts</u> & Email: rosemarie_olivieri@njd.uscourts.gov
Hon. John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 08102

      RE:   State v. Sean Caddle
              Docket No. 2:22-cr-00046-JMV
              Our File No. 15,965

Dear Judge Vasquez:

    I represent Sean M. Caddle who is currently on home confinement pending sentencing. I write to advise of the tragic death of Mr. Caddle's mother, Diane Caddle, who was involved in a car accident February 27, 2023. Mr. Caddle has arranged for a Memorial Service beginning at 10:00 a.m. on Friday, March 10, 2023 at the St. Vianney Roman Catholic Church located at 420 Inman Avenue, Colonia, NJ. There will also be a brief burial after the mass at St. Gertrude Cemetery, a short distance from the church. Mr. Caddle desires to be with his wife and children while they lay his mother to rest.

    I would therefore respectfully request that the Court allow Mr. Caddle to leave his residence to attend the services from **9:00 a.m. to 1:00 p.m on Friday, March 10, 2023**. I have attached a copy of the service notice. I thank the Court for its consideration.

                                      Respectfully yours,
                                      JACOBS & BARBONE, P.A.

                                      Jordan L. Barbone

JLB:lsg