## JACOBS & BARBONE, P.A.

EDWIN J. JACOBS, JR.
ejacobs@jacobsbarbone.law

LOUIS M. BARBONE
lbarbone@jacobsbarbone.law

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1125 PACIFIC AVENUE
ATLANTIC CITY, NEW JERSEY 08401
PHONE: (609) 348-1125
FAX: (609) 348-3774
WEBSITE: WWW.JACOBSBARBONE.LAW

JOEL S. JUFFE
jjuffe@jacobsbarbone.law

DAVID CASTALDI
dcastaldi@jacobsbarbone.law

MICHAEL A. ORTIZ
mortiz@jacobsbarbone.law

JORDAN L. BARBONE
jbarbone@jacobsbarbone.law

March 9, 2023

Via eCourts & Email: rosemarie_olivieri@njd.uscourts.gov
Hon. John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 08102

      RE:    State v. Sean Caddle
                Docket No. 2:22-cr-00046-JMV
                Our File No. 15,965

Dear Judge Vasquez:

      I represent Sean M. Caddle who is currently on home confinement pending sentencing. I write to advise of the tragic death of Mr. Caddle's mother, Diane Caddle, who was involved in a car accident February 27, 2023. Mr. Caddle has arranged for a Memorial Service beginning at 10:00 a.m. on Friday, March 10, 2023 at the St. Vianney Roman Catholic Church located at 420 Inman Avenue, Colonia, NJ. There will also be a brief burial after the mass at St. Gertrude Cemetery, a short distance from the church. Mr. Caddle desires to be with his wife and children while they lay his mother to rest.

      I would therefore respectfully request that the Court allow Mr. Caddle to leave his residence to attend the services from **9:00 a.m. to 1:00 p.m on Friday, March 10, 2023**. I have attached a copy of the service notice. I thank the Court for its consideration.

                                Respectfully yours,
                                JACOBS & BARBONE, P.A.

                                Jordan L. Barbone

JLB:lsg

                                SO ORDERED.

                                s/ John Michael Vazquez
                                John Michael Vazquez, U.S.D.J.

                                Date:  3/9/2023