## JACOBS & BARBONE, P.A.

EDWIN J. JACOBS, JR.
ejacobs@jacobsbarbone.law

LOUIS M. BARBONE
lbarbone@jacobsbarbone.law

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1125 PACIFIC AVENUE
ATLANTIC CITY, NEW JERSEY 08401
PHONE: (609) 348-1125
FAX: (609) 348-3774
WEBSITE: WWW.JACOBSBARBONE.LAW

JOEL S. JUFFE
jjuffe@jacobsbarbone.law

DAVID CASTALDI
dcastaldi@jacobsbarbone.law

MICHAEL A. ORTIZ
mortiz@jacobsbarbone.law

JORDAN L. BARBONE
jbarbone@jacobsbarbone.law

March 9, 2023

<u>Via eCourts</u> & Email: rosemarie_olivieri@njd.uscourts.gov
Hon. John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 08102

  RE: State v. Sean Caddle
     Docket No. 2:22-cr-00046-JMV
     Our File No. 15,965

Dear Judge Vasquez:

  I wrote this morning with regard to Mr. Caddle's leave request. The Court has approved leave from 9am-1pm on Friday, March 10, 2023 but I made an error with regard to the timeframe and for that, I apologize. The service is one hour and twenty-two minutes from Mr. Caddle's residence not including traffic.

  I would therefore respectfully request that the Court allow Mr. Caddle to leave his residence to attend the services from **8:15 a.m. to 4:00 p.m on Friday, March 10, 2023**. I have attached a copy of the service notice. I thank the Court for its consideration.

           Respectfully yours,
           JACOBS & BARBONE, P.A.

           Jordan L. Barbone

JLB:lsg