**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                                                 **DATE:** 1/25/22
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

                                                           **DOCKET #** 22-46

UNITED STATES OF AMERICA
        vs.

Sean Caddle

**APPEARANCES**

Lee Cortez, AUSA
Jordan Barbone, Esq. for Defendant
Maria Garcia, Probation Officer
Erica DePalma, Pretrial Officer

**Nature of Proceedings:**    STATUS CONFERENCE

Status conference held.
Sentencing is rescheduled for 6/29/2023 at 2:00 p.m.

**Time Commenced: 2:00**
**Time Adjourned: 2:30**
**Total Time: 30 min**

                                                          RoseMarie Olivieri
                                                          SENIOR COURTROOM DEPUTY