

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

───────────────────────────────────────

*970 Broad Street Suite 700*
*Newark, New Jersey 07102*

March 21, 2023

Honorable John M. Vazquez
United States District Judge
U.S. Post Office and Courthouse
One Federal Square
Newark, NJ 07102

      Re:    *United States v. Sean Caddle*, Crim. No. 22-46 (JMV)

Dear Judge Vazquez:

      Following a telephone conference with the parties, Pretrial Services, and Probation on March 14, 2023, the Court ordered counsel for defendant Sean Caddle and the Government to meet and confer as to a new proposed co-signor on defendant's bond, to share that individual's name with Pretrial for verification, and to file a letter with the Court regarding these matters by today. The parties have conferred and defense counsel has identified a proposed co-signor who is acceptable to the Government provided that the individual is also acceptable to Pretrial. That individual's name has been provided to Pretrial, which has begun its process to verify the individual's suitability as a co-signor. If acceptable to the Court, the parties propose to update the Court by no later than March 28, 2023 as to Pretrial's evaluation. The Government has conferred with Pretrial and that timeline is acceptable to them.

      Respectfully submitted,

      PHILIP R. SELLINGER
      United States Attorney

      */s/ Lee M. Cortes, Jr.*

By:    LEE M. CORTES, JR.
      Executive Assistant U.S. Attorney

cc:    Counsel of record (via ECF)