**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon.  John Michael Vazquez |
| | : | |
| v. | : | Crim. No. 22-46 (JMV) |
| | : | |
| SEAN CADDLE | : | **ORDER AMENDING** |
| | : | **RELEASE CONDITIONS** |

This matter having come before the Court on the application of defendant Sean Caddle, through his attorney, Jordan Barbone, Esq., and with the consent of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Lee M. Cortes, Jr., Executive Assistant United States Attorney, appearing), and with the approval of Pretrial Services, and for good cause shown:

IT IS on this 28th day of March, 2023,

ORDERED that the Court's January 25, 2022 Amended Order Setting Conditions of Release for the defendant, Docket Entry 9, is amended to reflect that defendant shall execute a new unsecured appearance bond that shall be co-signed by Pablo Cifuentes who has been secured by the defendant and approved by Pretrial Services; and it is further

ORDERED that a new appearance bond shall be executed no later than March 31, 2023; and it is further

ORDERED that upon the execution of the new Appearance Bond, the current bond, Docket Entry 11, shall be cancelled; and it is further

ORDERED that all other release conditions for defendant remain in full force and effect.

_____
HONORABLE JOHN MICHAEL VAZQUEZ
United States District Judge

Form and entry consented to:

*/s/Lee M. Cortes, Jr*
Lee M. Cortes, Jr.
Executive Assistant U.S. Attorney

_____
Jordan Barbone
Counsel for Defendant Sean Caddle