# JACOBS & BARBONE, P.A.

EDWIN J. JACOBS, JR.
ejacobs@jacobsbarbone.law

LOUIS M. BARBONE
lbarbone@jacobsbarbone.law

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1125 PACIFIC AVENUE
ATLANTIC CITY, NEW JERSEY 08401
PHONE: (609) 348-1125
FAX: (609) 348-3774
WEBSITE: WWW.JACOBSBARBONE.LAW

JOEL S. JUFFE
jjuffe@jacobsbarbone.law

DAVID CASTALDI
dcastaldi@jacobsbarbone.law

MICHAEL A. ORTIZ
mortiz@jacobsbarbone.law

JORDAN L. BARBONE
jbarbone@jacobsbarbone.law

April 13, 2023

<u>Via eCourts</u> & Email: rosemarie_olivieri@njd.uscourts.gov
Hon. John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 08102

  RE: State v. Sean Caddle
     Docket No. 2:22-cr-00046-JMV
     Our File No. 15,965

Dear Judge Vasquez:

  I represent Sean Caddle. He and his family are required to move out of their current residence and into new housing on Saturday, April 15, 2023. Mr. Caddle needs to rent a U-Haul for the move and also requires simultaneous prescription pickup. I therefore make the following travel requests on behalf of Mr. Caddle:

1. On Friday, April 14, travel from 29 Turnberry Lane, Hamburg, New Jersey 07419 to 78 N-Church Road, Franklin, NJ 07416, the U-Haul pickup location, between 12:00 p.m. and 1:00 p.m.;

2. On Friday, April 14, travel from the U-Haul pickup location at 78 N-Church Road, Franklin, NJ 07416 to CVS, located at 302 NJ-94 Vernon, NJ, then back to 29 Turnberry Lane between 1:00 p.m. and 4:00 p.m.; and

3. On Saturday, April 15, back and forth travel from 29 Turnberry Lane, Hamburg, New Jersey to 4 Main Street, Hamburg, New Jersey between 10:00 a.m. and 7:00 p.m (based on the Realtor's scheduled).

I thank the Court for its attention to and consideration of this request.

Respectfully yours,
JACOBS & BARBONE, P.A.

Jordan L. Barbone

JLB:lsg
cc: Erika DiPalma (Via Email: Erika_dipalma@njpt.uscourts.gov)
Lee M. Cortes, Jr., Esquire (Via Email: Lee.cortes@usdoj.gov)
Sean Farrell, Esquire (Via Email: Sean.farrell@usdoj.gov)
Sean Caddle