# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br><br>SEAN CADDLE | Criminal No. 22-46 (JMV)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on June 16, 2023, the United States submitted sentencing materials to the Court in this case concerning the defendant Sean Caddle.

                    PHILIP R. SELLINGER
                    United States Attorney

By:   */s/ Lee M. Cortes, Jr.*
        Lee M. Cortes, Jr.
        Executive Assistant U.S. Attorney