DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

SEAN CADDLE

        Defendant(s).

Criminal No. 2:22-cr-00046-JMV

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**
**(Requestor Not Represented by Counsel)**

I, Matthew Friedman, wish to obtain a copy of the sentencing materials submitted to the Court on 6/16/23 in this case as to defendant, Sean Caddle. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: mfriedman@politico.com
Address: MattRFriedman@gmail.com

By: [signature]