DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Sean Caddle<br><br>Defendant(s). | Criminal No. 2:22-cr-00046-JMV-1<br><br>**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**<br>**(Requestor Not Represented by Counsel)** |

I, __Ed Shanahan__, wish to obtain a copy of the sentencing materials submitted to the Court on __6/16/23__ in this case as to defendant, __Sean Caddle__. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: ed.shanahan@nytimes.com
Address: 917-601-7381

By: __Ed Shanahan__
The New York Times