DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Sean Caddle<br>Defendant(s). | Criminal No. 2:22-cr-00046<br><br>**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**<br>**(Requestor Not Represented by Counsel)** |

I, Ted Sherman , wish to obtain a copy of the sentencing materials submitted to the Court on 06/16/20 in this case as to defendant, Sean Caddle . I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: tsherman@njadvancemedia.com
Address: Ted Sherman
The Star-Ledger/NJ.com
485 Route 1 S, Bldg. E Suite 300
Iselin, NJ 08830

By: Ted Sherman
Staff Writer/The Star-Ledger