

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*       *973-645-2700*
*Newark, New Jersey 07102*

June 26, 2023

Honorable John M. Vazquez
United States District Judge
U.S. Post Office and Courthouse
One Federal Square
Newark, NJ 07102

        Re:    *United States v. Sean Caddle*, Crim. No. 22-46 (JMV)

Dear Judge Vazquez:

      Members of the media have requested the parties' sentencing submissions (ECF 29-31, 33-36, and 38-39), and the Court has ordered counsel to file their response on or before June 26, 2023 (ECF 32). In accordance with the Court's protocol for the disclosure of sentencing materials, the Government and counsel for the defendant have conferred regarding what non-public information should be redacted from the parties' sentencing submissions. The parties have agreed on the redactions to the Government's sentencing submission, and the Government intends to transmit the redacted version to those individuals who requested them. The parties are working to finalize an agreement on redactions to the Defendant's sentencing submission and hope to come to an agreement in short order. The Government also will transmit a copy of the redacted sentencing submissions to the Court.

                                      Respectfully submitted,

                                      PHILIP R. SELLINGER
                                    United States Attorney

                                    */s/ Lee M. Cortes, Jr.*
            By:    Lee M. Cortes, Jr.
                     Executive Assistant U.S. Attorney

cc:  Edwin J. Jacobs, Esq. (*via ECF*)
      Jordan L. Barbone, Esq. (*via ECF*)