**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** 6/29/22
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET #** 22-46

UNITED STATES OF AMERICA
        vs.

Sean Caddle

**APPEARANCES**

Lee Cortez, AUSA
Sean Farrell, AUSA
Edwin Jacobs, Esq. for Defendant
Kimberly Artist, Probation Officer
Erica DePalma, Pretrial Officer


**Nature of Proceedings**:   SENTENCING AS TO COUNT ONE

Imprisonment – 288 months of imprisonment
Supervised Release – 5 years
Special conditions: alcohol/drug testing and treatment, restrictions from entering gambling establishments, gambling restrictions and registration on exclusion lists, life skills/education, mental health treatment, supporting dependents.
Special Assessment - $100.00 due immediately.
Defendant advised of right to appeal.
Fine waived.
Court ordered bail revoked and remands the defendant to the custody of the U.S. Marshal.

**Time Commenced: 2:00**
**Time Adjourned: 3:00**
**Total Time: 1:00**


                                         RoseMarie Olivieri
                                         SENIOR COURTROOM DEPUTY