6.27.2024

SEAN Michael CADDLE
83176-509
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

Clerk of The Court
ATTN: Clerk
Martin Luther King Jr. FED Bld & Court House
50 WALNUT Street
Newark, NJ 07101

RE: Request for Extension of Time

Dear Clerk of The Court,

I am writing to respectfully request an extension of time to file my motion under 28 U.S.C. 2255. My name is Sean Michael CADDLE and I am currently incarcerated at FCI Fort Dix. My case number is 2:22-CR-00046-JMV and I plead guilty in United States Federal Court in Newark, NJ.

Due to very limited financial resources and circumstances beyond my control I am requesting a 60 day extension. Within months of my incarceration my wife and three children found themselves being evicted from a

---

Request granted. The Clerk of the Court shall mail a copy of this order to the defendant.

**SO ORDERED**.

Michael E. Farbiarz, U.S.D.J.
Date: 7/10/2024

home for the second time in a year. My wife is the only person with access to my personal email and to electronic recordings that are key evidence to my 2255 motion. I require the extension to adequately prepare my motion. Specifically my wife LUISA F. CADDLE just started getting the audio recordings transcribed.

I fully understand the importance of adhering to deadlines, and I assure that this request is made in good faith and not for the purpose of delay. The additional time will ensure my motion is not only fully detailed but back up by written and audio evidence.

Thank you for considering my request. I respectfully ask the court to grant this extension to ensure justice is properly served. Please inform me of any additional information or documentation required to process this request.

Sincerely,
Sean M. Caddle
Sean Michael CADDLE
83176-509
Case Number: 2:22-CR-00046-JMV-1



Sean M. Caddle
83176-509
FCI Fort Dix
Joint Base MDL, NJ 08640
P.O. Box 2000

To: Clerk of The Court
Attn: Clerk
MLK Jr. Fed. Bld. & Court House
50 Walnut Street
Newark, NJ 07101

TRENTON NJ 085
1 JUL 2024 PM 6 L

XRAYED

2024 JUL -8 12:41
CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED