IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY



SEAN CADDLE,
 PETITIONER,

V.                                    CASE NO: 2:22-CR-00046-JMV-1

UNITED STATES OF AMERICA,
 RESPONDENT.


MOTION FOR MODIFICATION
OF SENTENCE AND COMMITTMENT


    NOW COMES, Sean Caddle, Petitioner, Pro Se, and hereby respectfully requests this Honorable Court, to GRANT the following Motion For Modification Of Sentence And  Committment, based on the Statement Of Facts herein.


STATEMENT OF FACTS

    The Petitioner, Sean Caddle, presents the following Statement Of Facts to the best of his ability, as he is not familiar with Case Law, or Jurisdictional Issues.
    Petitioner is presenting to this Court the facts surrounding his Home Confinement credit time when he was placed on Home Detention, pending the outcome of his Criminal Case, in this Court.
    The period of time that he was on Home Detention, was not applied to his current prison sentence that he is serving now, at the Low Custody Facility, Fort Dix, located in Fort Dix, New Jersey.
    Mr.Caddle was allowed to go to and from Court, and other appointments while on the Home Monitoring Device, as well as appear in Court, all while under the care and custody of the United States Probation Office.
    The Petitioner, while being supervised, was under the same scrutiny as any other person in custody that is incarcerated, or released on Probation,

and had to adhere to all rules and regulations mandated by the United States Probation Office.

When the Petitioner first appeared before this Honorable Court, he agreed to all terms, returned home where, he was set up with Home Detention.

The dates that the Petitioner was on Home Confinement were from January 25, 2022 through June 29, 2023 respectfully.

The Petitioner would like this Court to know that he expected his Defense Counsel to see to it that he would receive the appropriate credits due to him, as he was in Federal Custody and Care, by the United States Probation Department, as ordered by this Court.

If it pleases this Court, Mr. Caddle would like this Court to be aware that he is extremely remourseful for the actions that placed him in the position he is in today.

Mr. Caddle is a 46 year old man, who is married, with four children, who miss him very much, and it affects him on a daily basis that he is away from them.

Hence, the reason for this Motion, as any extra days credited to his sentence, bring him closer to being with his family again.

The Petitioner continues to make use of his time while incarcerated, by working in the Steam Fitting Department, and Programming as directed by his Unit Team Staff.

CONCLUSION

Petitioner, Sean Caddle, hopes, and prays that this Honorable Court will take into consideration, all of the facts presented, and apply the proper credits of Home Confinement incarceration, and GRANT this Motion, and forward said ORDER to the Federal Bureau Of Prisons, so that the credits are applied accordingly, as this will change Mr.Caddle's release date significantly.

Dated: November 20, 2024

Respectfully Submitted:
Sean Caddle
Reg.No.83176-509
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

(3)

CERTIFICATE OF SERVICE

I, Sean Caddle, hereby declare under the Penalty Of Perjury, that the afformentioned Motion, was mailed, through the United States Postal Service, Postage, Pre-Paid, and sent to the following address:

Martin Luther King Jr.
United States District Court
50 Walnut Street, Room 4015
Newark, New Jersey 07102

United States Attorney's Office

Through CM/ECF

Dated: November 20, 2024

Submitted:
Sean Caddle
Reg.No. 83176-509
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

(4)

SEAN CADDLE
REG.NO.83176-509
FCI FORT DIX
P.O. BOX 2000
JOINT BASE MDL, NJ 08640

TRENTON NJ 085

21 NOV 2024 PM 5 L

MARTIN LUTHER KING JR.
UNITED STATES DISTRICT COURT
50 WALNUT STREET, ROOM 4015
NEWARK, NEW JERSEY 07102

XRAYE

2024 NOV 26    A 11: 25

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

LEGAL MAIL

LEGAL MAIL

07102-359599