IN THE UNITED STATES DISTRICT COURT
FOR THE THIRD CIRCUIT
NEWARK DIVISION

SEAN CADDLE,
  PETITIONER,

V.                                          CASE NO: 2:22-CR-00046-DMV-1

UNITED STATES OF AMERICA,
  RESPONDENT.


SUPPLEMENTAL TO PREVIOUS MOTION

    NOW COMES, Sean Caddle, Petitioner, Pro Se, and hereby respectfully requests this Honorable Court to GRANT the following Supplemental Motion, based on the Statement Of Facts herein.


Dated: November 30, 2024

Respectfully:
Sean Caddle
Reg.No.83176-509

FCI Fort Dix
P.O. Box 2000
Joint Base MDL,N.J. 08640

(1)

STATEMENT OF FACTS

Petitioner Sean Caddle, presents the following Statement Of Facts to the best of his ability, as he is not familiar with Case Law, or Jurisdictional Issues. Petitioner submitted a Motion to this Court regarding Credit for the time that he spent on Pre-Trial Home Confinement, and now presents to this Court this Supplemental Motion, to be heard along with the previous Motion, as not to interfere with the Court's schedule, and having to file two seperate hearing dates for the two Motions.

Petitioner presents to this Court the facts pertaining to a recent decision in the Middle District of Alabama, regarding the application of First Step Act Credits.

On November 4, 2024, the Middle District of Alabama ruled that otherwise eligible prisoners must start earning First Step Act Credits from the moment they are sentenced rather than "when the inmate arrives at the Designated Bureau Of Prisons Facility where the sentence will be served." Sharma v. Peters. Case No. 2:24-CV-158 (MD Ala 11/4/24).

Petitioner was sentenced on June 29, 2023, and pled guilty in January 2023, and furthermore is now Eligible for The First Step Act Credits, per Law. At the present time, the Petitioner, Sean Caddle, is now asking this Court to apply the First Step Act Credits to his current committment. Furthermore, the Petitioner would ask this Honorable Court to submit said ORDER to the Federal Bureau Of Prisons, to be credited to his current sentence accordingly, which would change his release date significantly.

Petitioner, Sean Caddle, prays that this Court will GRANT this Motion, and the previous Motion filed in said Court.

Dated: November 30, 2024

Respectfully Submitted:
Sean Caddle
Sean Caddle
Reg.No.83176-509
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, N.J 08640

(2)

CERTIFICATE OF SERVICE

I, Sean Caddle, declares under the Penalty Of Perjury, that the afformentioned Motion was mailed via the United States Postal Service, Postage, Pre-Paid, and sent to the following address:

Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07102

United States Attorney's Office

Through CM/ECF

Dated: November 30, 2024

Submitted:
Sean Caddle
Reg. No. 83176-509
FCI Fort Dix
P.O. Box 2000
Joint Base, MDL, N.J.
08640

(3)

```
SEAN CADDLE #83176-509
FCI FORT DIX
P.O. BOX 2000
JOINT BASE MDL, NEW JERSEY 08640
```



```
TRENTON NJ 085
2 DEC 2024 PM 5 L
```



```
MARTIN LUTHER KING, JR.
50 WALNUT STREET, ROOM 4015
UNITED STATES COURTHOUSE
NEWARK, NEW JERSEY 07102
```

07102-357015