January 10, 2025

Sean Caddle
Reg.No.83176-509
FCI Fort Dix
P.O. Box 2000
Joint Base MDL,N.J.08640

Clerk Of Court
Martin Luther King Jr.
United States Courthouse
50 Walnut Street,Room 4015
Newark, New Jersey 07102



RECEIVED

JAN 1 6 2025

AT 8:30 2:57 P M pnm
CLERK, U.S. DISTRICT COURT - DNJ

Re: Letter To The Honorable Justice
    Case No. 2:22-cr-00646-dmv-1

Dear Clerk:

Please submit the enclosed letter to the Honorable Justice assigned to my Criminal Case.

I would not like this letter to be construed as a Motion on my Case.

Respectfully:
Sean Caddle

January 10, 2025

## Affidavit Of Sean Caddle

I, Sean Caddle, hereby certify that the following information is true, and correct to the best of my knowledge and recollection, signed subject to the Penalty Of Perjury 1746.

Your Honor:

I hope that this letter finds you well. I am writing this with the hope that you will get to know me a little better. As you know, you were not the original Judge in my case.

Shortly after my sentencing, he retired. Why I know I may never get to stand before your Court, I thought you should have this if that chance should come about.

The original record will show I did not speak in Court at my sentencing, this was not meant as disrespect to the Court, or a lack of compassion for the victims family. To put it mildly, I was in total shock.

From the crime 11 years ago, to my sentencing, to my incarceration, I knew through it all that my life would never be the same again.

The crime I was involved in not only took the victim, but, it had a ripple affect that not only touched his family, but mine as well.

I can never know the extent of the pain I caused them. Three weeks before my original sentencing date, my mother passed away from a heart attack while driving her vehicle, and I have no doubt that the pain and heartbreak my case brought led to her demise.

My wife and 4 children not only lost me, but suffered the humiliation publically, and the stain I placed on the family name. Shortly after sentencing, they would be thrust into financial ruin, and hardship, that they are just now starting to recover from.

I know now that the ripple effect created a fiscal wave of pain and sorrow. Some of it cannot be measured in words, and Sir, I am more than remourseful. I am heartbroken by it all.

Why I fully understand that I cannot change the past, I work hard everyday to change the present and hopefully the future.

I work hard everyday to right my moral compass, as I program everyday, and currently work two jobs here at the facility.

(1)

One of the jobs I have is in Education, where I work 8 hours a day as a Tutor helping other inmates better themselves through Education.

I have created a Book Club with other inmates in Unit 5702, and this helps them throughout their day.

My wife Luisa supplies the books that she purchases, and we donate them to the Population Library. This past December of 2024, I applied at Mercer Community College to obtain my Associates Degree.

None of this has been an easy road for me. In the past 6 months, it was relayed to me that two of my four children were diagnosed with Autism. And of course my wife does an amazing job as a single mother, and she and the children need me.

While I do my best to parent from prison, it is difficult, and my phone records will show that I call home multiple times a day to speak with them, as I try to be the best possible parent I can under the current circumstances.

Since my arrival in prison, I have not had a single Disciplinary Incident or a failed Urine Test. This can be a very tough enviroment to avoid trouble but I do my best daily, under the circumstances.

When I am ultimately released from prison, I don't expect society to welcome me with open arms. Prior to all of this, I was a respected Political Consultant.

I worked for United States Senators, Governors, Mayors, Etc, Etc, running their Political Races for office, and as a respected member of society, and I ruined it all. I intend to work hard to show everyone in a new life that this disaster does not define my life.

Your Honor, I am sure you receive many letters from men and women talking about change, others may be telling you about the difficult enviroment they grew up, and how their parents were not there for them.

I can tell you, I grew up in a very difficult enviroment under bad circumstances, but my actions fall on me. I apologize to the Court, and I hope one day to be able to apologize to the victims family. Taking responsibility starts with the Guilty Plea in Court, but remourse comes when you step up and hold yourself accountable for the pain, and damage you have caused.

Remourse, and Sorry, i'm not sure those words can explain the hurt and pain I feel from all I have done. I'm Sorry.

I thank you for taking the time to read this.
Sean Caddle

(2)

⇔83176-509⇔
Sean M Caddle
83176-509
PO BOX 2000
FCI FORT DIX
Joint BASE MDL, NJ 08640
United States



RECEIVED 13 JAN 2025 PM 6 L

JAN 16 2025

AT 8:30 __2:57 P M PM__
CLERK, U.S. DISTRICT COURT - DNJ


XRAYED



⇔83176-509⇔
Clerk Us District Ct
50 Walnut ST, Room 4015
Clerk Of Court
Newark, NJ 07102
United States

07102-359599