May 4, 2025

Sean Caddle
Reg.No.83176-509
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, N.J.08640

Attn: Clerk Of Court
The Honorable Michael E. Farbiarz
United States District Judge
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, N.J.07102

Re: Case No.2:22-CR-00046-DMV-1

Dear Judge Farbiarz:

Please see the attached Documents, that reflect the Positive Decision Reports from my place of employment, which is the Education Department, in The Federal Bureau Of Prisons.

I would respectfully request that these three letters be placed in my Case File, to be reviewed at a later date.

These Positive Decision Reports, are in lieu of Reference Letters that will be submitted at in future submissions.

Respectfully Submitted:

Sean Caddle

**POSITIVE DECISION REPORT**

**U.S. DEPARTMENT OF JUSTICE**      **FEDERAL BUREAU OF PRISONS**

Justification Report

| 1. Institution: FCI Fort Dix | | | |
|---|---|---|---|
| 2. Inmate's Name<br>Caddle, Sean | 3. Register Number<br>83176-509 | 4. Date of Incident<br>04-16-2025 | 5. Time<br>1230 |
| 6. Place of Incident<br>Education | 7. Assignment<br>Tutor | 8. Unit<br>5751 | |

9. Positive Behavior Demonstrated in Institution Related to ISDS:

- Daily Living Skills
- Mental Health Skills
- Wellness Skills
- Interpersonal Skills
- Cognitive Skills
- Vocational/Career Skills
- Leisure Time Skills
- Character Skills
- Academic Skills

10. Justification (Description of Positive Behavior:

Mr. Caddle is nothing short of outstanding. Mr. Caddle started working for me in Education about six months ago. He hit the ground running. He takes initiative and has been tremendously impactful within the classroom with assigned students as well as being available as a tutor after hours. Whether he teaches class or delivers in a one on one comprehensive and tailored lesson situation to a student who needs more instruction he does so in an exemplary manner. Mr. Caddle has an extreme attention to detail that is paramount in our educational environment. He is at ease with every learning strategy as our class size is comprised of various cultures and backgrounds. He blends his style to meet the demand, and we have a 96% success rate as a direct result of his expertise. I would challenge Mr. Caddle with the most arduous of tasks, he will simply not let you down. It is without reservation that I highly recommend Mr. Caddle for whatever purpose this document is intended for.

| 11. Printed Name/Signature of Reporting Employee<br>Gary Moody *GMoody* | 12. Date<br>April 16, 2025 |
|---|---|
| 13.<br>Education Specialist | 14. Date |

**Demonstrated Reentry Skills**

POSITIONS DECISION REPORT

**U.S. DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU OF PRISONS**

## Justification Report

| | | | |
|---|---|---|---|
| 1. Institution: FCI Fort Dix | | | |
| 2. Inmate's Name: Sean Caddle | 3. Register Number: 83176-509 | 4. Date of Incident | 5. Time |
| 6. Place of Incident: Education East | 7. Assignment: Tutor | 8. Unit: 5702 | |

**9. Positive Behavior Demonstrated in Institution Related to ISDS:**

- ☐ Daily Living Skills
- ☐ Mental Health Skills
- ☐ Wellness Skills
- ☐ Interpersonal Skills
- ☐ Academic Skills
- ☒ Cognitive Skills
- ☒ Vocational/Career Skills
- ☐ Leisure Time Skills
- ☐ Character Skills

**10. Justification (Description of Positive Behavior)**

Mr. Caddle has been a wonderful help and teacher in the classroom. Whether he is aiding to support learners or keeping track of details that support our GED program in Education, excellence is his keynote. Mr. Caddle has used this time incarcerated to reflect on his past. He takes accountability for his actions and want to continue working towards making choices that will only grow his future in a positive way. His self-reflection skills are what have helped him to better himself every day. Through Mr. Caddle's reflection while incarcerated, he surely will make a positive impact in society. He has goals for himself and a pathway to help others understand that decisions we make in the past can make us a better person in the future. Mr. Caddle is an example of someone determine to create positive change when decisions impact a portion of your life. He is a born leader and lead he does. It is without reservation or hesitation that I fully endorse Mr. Caddle for whatever this form is intended to accomplish. Challenge Mr. Caddle with the most difficult task, he will simply not let you down.

| 11. Printed Name/Signature of Reporting Employee<br>*S. Metzler* | 12. Date<br>04-21-2025 |
|---|---|
| 13. Teacher | 14. Date    04-21-2025 |

*Demonstrated Reentry Skills*

## POSITIVE DECISION REPORT

**U.S. DEPARTMENT OF JUSTICE**            **FEDERAL BUREAU OF PRISONS**

### Justification Report

| 1. Institution: FCI Fort Dix | | | |
|---|---|---|---|
| 2. Inmate's Name<br>Sean Caddle | 3. Register Number<br>83176-509 | 4. Date of Incident<br>23April2025 | 5. Time:<br>0800 |
| 6. Place of Incident<br>Education East. Bldg. 5712 | 7. Assignment<br>Tutor | 5. Unit<br>5702 | |

**9. Positive Behavior Demonstrated in Institution Related to ISDS:**

- ☐ Daily Living Skills
- ☐ Mental Health Skills Wellness Skills
- ☐ Interpersonal Skills
- ☐ Academic Skills
- ☒ Cognitive Skills
- ☒ Vocational/Career Skills Leisure Time Skills
- ☐ Character Skills

**10. Justification (Description of Positive Behavior)**

Mr. Caddle has been and continues to be a wonderful help with any assistance I may need to set my classroom up for group sessions. Mr. Caddle has used the time since he first began his incarceration to reflect on his past and continues to take full responsibility for his actions. Through making and achieving short term and long term goals, Mr. Callde continues to create positive change within himself and is a positive role model to those around him. Through his actions, Mr. Caddle will make a positive impact when placed back into society.

| 11. Printed Name/Signature of Reporting Employee<br>J. Durrenberger | 12. Date<br>04-23-2025 |
|---|---|
| 13. Approved by (Signature and title)<br>Special Population Program Coordinator | 14. Date<br>04-23-2025 |

Demonstrated Reentry Skills

Sean Caddle
Reg.No.83176-509
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, N.J. 08640

TRENTON NJ 085

5 MAY 2025 PM 5 L



Clerk Of Court
The Honorable Michael E. Farbiarz
United States District Judge
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07102

07102-359599